Action by Lewis A. Scott Elliot against George C. Whitmore and another. From a judgment for plaintiff, defendants appeal. *Reversed.*

*Messrs. Brown & Henderson, Mr. E. D. Hoge,* for appellants.

*Mr. C. S. Varian, Messrs. Zane & Putnam,* for respondent.

SMITH, J., concurs.

---

LEWIS A. SCOTT ELLIOT, RESPONDENT, *v.* GEORGE C. WHITMORE AND ANOTHER, APPELLANTS.

(No. 422.   Decided April 27, 1895.   40 P. R. 201.)

APPEAL from the District Court of the Third Judicial District.   Hon. Charles S. Zane, *Judge.*

Action by Lewis A. Scott Elliot against George C. Whitmore and another. From an order confirming the report of W. P. Hardesty, Commissioner, defendants appeal. *Reversed.*

*Messrs. Brown & Henderson, Mr. E. D. Hoge,* for appellants.

*Mr. C. S. Varian, Messrs. Zane & Putnam,* for respondents.

MERRITT, C. J.:

This was an appeal from an order confirming a report of W. P. Hardesty, a commissioner appointed under the judgment we have just reversed in No. 409, *ante,* 308.  40 Pac. 201.  In our opinion the entire controversy should be remanded to the court below, in .order that the new trial may proceed there.  It is therefore ordered that the judgment and order appealed from be reversed, and remanded to the court below.

SMITH, J., concurs.